IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYMOND STRONG,
FDOC Inmate No. D46393,
    Plaintiff,

vs.                                            Case No.: 3:19cv4822/RV/EMT

A. SKIGEN, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 18, 2020 (ECF No. 10). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections---and he has filed objections (ECF No. 12)---pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915A(b)(1);

3. All pending motions are **DENIED as moot**.

4. The clerk is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 3rd day of April 2020.

                    /s/ Roger Vinson            /
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**